United States District Court
Southern District of Texas
Houston Division

| | |
|---|---|
| Daniels Health Sciences, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Vascular Health Sciences, LLC,<br><br>    Defendant. | Civil Action: 4:12-cv-01896<br><br>Jury Demanded |

### Plaintiff's Disclosure of Interested Parties

    Pursuant to the Local Rules, Plaintiff Daniels Health Sciences, LLC and its counsel file this disclosure of all known persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

1. Daniels Health Sciences, LLC (Plaintiff)
    a. Daniels Family Limited Partnership, L.P. (Member of Plaintiff)
    b. Joshua A. Bachelor (Member of Plaintiff)
    c. Thea Daniels Kocher (Member of Plaintiff)
2. Welsh Chapoton LLP (Plaintiff's Counsel)
3. Vascular Health Sciences, LLC (Defendant)

                                          Respectfully submitted,

                                          By: /s/ Jared G. LeBlanc by permission
                                                  H. Ronald Welsh
                                                  Texas Bar No. 21167600
                                                  Federal ID 10137
                                                  rwelsh@welshchapoton.com

                                        Plaintiff's Attorney-in-Charge

Of Counsel:

John E. Chapoton, Jr.
Texas Bar 04137010
Federal ID 13688
jchapoton@welshchapoton.com

Jared G. LeBlanc
Texas Bar No. 24046279
Federal ID 575408
jleblanc@welshchapoton.com

Michael W. Twomey
Texas Bar No. 24070776
S.D. Tex. Bar No. 608043
mtwomey@welshchapoton.com

Welsh Chapoton LLP
8 Greenway Plaza, Suite 1150
Houston, Texas 77046
713-554-7770
713-554-7771 – Fax